<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*If known*): _____  Chapter **7**

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Clestra, Inc. d/b/a Clestra Hauserman, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Clestra Hauserman, Inc. |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 1 6 _ 1 5 7 5 8 2 4 |

4. **Debtor's address**

**Principal place of business**

| 21 | Bon Air Drive | |
|---|---|---|
| Number | Street | |

| | | |
|---|---|---|

| Warminster | PA | 18974 |
|---|---|---|
| City | State | ZIP Code |

| Bucks County | |
|---|---|
| County | |

**Mailing address, if different from principal place of business**

| | |
|---|---|
| Number | Street |

| |
|---|
| P.O. Box |

| | | |
|---|---|---|
| City | State | ZIP Code |

**Location of principal assets, if different from principal place of business**

| | |
|---|---|
| Number | Street |

| |
|---|

| | | |
|---|---|---|
| City | State | ZIP Code |

5. **Debtor's website (URL)**    _____

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known)_____ |
| | Name | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ❑ Partnership (excluding  LLP) |
| | | ❑ Other. Specify: _____ |

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | **A.** *Check one:* |
| | | ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ❑ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | **B.** *Check all that apply:* |
| | | ❑ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | **C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | __  __  __  __ |

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ■ Chapter 7 |
| | | ❑ Chapter 9 |
| | | ❑ Chapter 11. *Check all that apply*: |
| | | ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | | ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | | ❑ A plan is being filed with this petition. |
| | | ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ❑ Chapter 12 |

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No |
| | | ❑ Yes.   District _____   When _____   Case number _____ |
| | If more than 2 cases, attach a separate list. | MM / DD / YYYY |
| | | District _____   When _____   Case number _____ |
| | | MM / DD / YYYY |

| | | |
|---|---|---|
| Official Form 201 | Voluntary Petition for Non-Individuals Filing for Bankruptcy | page **2** |

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

■ No
☐ Yes.  Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number        Street

_____

_____
City                                State ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ■ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ■ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/17/2022
             MM / DD / YYYY

✘ _____
Signature of authorized representative of debtor

Vincent Paul-Petit
Printed name

Title  Sole Director, President, CEO, Authorized Representative

**18. Signature of attorney**

✘ /s/ Michael Busenkell    Date  06/17/2022
Signature of attorney for debtor         MM   DD / YYYY

Michael Busenkell, Esq.
Printed name
Gellert Scali Busenkell &Brown, LLC
Firm name
1201 North Orange St., Ste 300
Number      Street
Wilmington                          DE        19801
City                                State     ZIP Code
302-425-5812                        mbusenkell@gsbblaw.com
Contact phone                       Email address

3933                                DE
Bar number                          State

## RESOLUTION OF CLESTRA, INC.
## AUTHORIZING FILING OF CHAPTER 7 PETITION

WHEREAS, CLESTRA INTERNATIONAL SAS, the sole Shareholder, and

Vincent PAUL-PETIT, the sole Director of Clestra, Inc. d/b/a Clestra Hauserman, Inc. (the

"Corporation") has determined that it is in the best interests of the Corporation to file a

voluntary petition in the United States Bankruptcy Court for the District of Delaware

pursuant to chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

BE IT THEREFORE RESOLVED, that Vincent PAUL-PETIT, is appointed as

Authorized Representative for the Corporation, and

BE IT FURTHER RESOLVED that Vincent PAUL-PETIT as Authorized

Representative of the Corporation is hereby authorized and directed to execute and deliver

all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on

behalf of the Corporation; and

BE IT FURTHER RESOLVED that Vincent PAUL-PETIT as Authorized

Representative of the Corporation is hereby authorized and directed to appear in all

bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all

acts and deeds and to execute and deliver all necessary documents on behalf of the

Corporation in connection with such bankruptcy case, and

BE IT FURTHER RESOLVED that Vincent PAUL-PETIT as Authorized

Representative of the Corporation is hereby authorized and directed to employ and to pay

legal counsel to represent the Corporation in such bankruptcy case.

Dated: May 31, 2022

**CLESTRA INTERNATIONAL SAS:**

By: Vincent PAUL-PETIT

*Sole Director of Clestra, Inc. d/b/a Clestra Hauserman, Inc.*

By: Clestra Hauserman SAS
President of Clestra International SAS
By: Vincent PAUL-PETIT
President and CEO of Clestra Hauserman SAS
*Sole Shareholder of Clestra, Inc. d/b/a Clestra Hauserman, Inc.*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re    **Clestra, Inc. d/b/a Clestra Hauserman, Inc.**          Case No. _____

                                           Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,833.00** |
| Prior to the filing of this statement I have received | $ | **7,833.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
           **Preparation and filing of any petition, schedules, statement of affairs which may be required.**
           **Representation of the Debtor(s) at the initial first meeting of creditors.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           **\*Any post-petition service that is a contested matter, including but not limited to: Motions to Dismiss, Motions to Convert, additional 341 appearances, Adversary Complaints, Appeals, Dischargeability actions, lien avoidances actions, Relief from Stay, or any other matter which requires additional time based on an hourly file.**

           **\*notated in retainer as fee/costs additonal (post-petition)**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/17/2022 _____

*Date*

*/s/ Michael Busenkell*

**Michael Busenkell**
*Signature of Attorney*
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5812  Fax: 302-425-5814**
**mbusenkell@gsbblaw.com**
*Name of law firm*

# United States Bankruptcy Court
### District of Delaware

In re   **Clestra, Inc. d/b/a Clestra Hauserman, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Clestra, Inc. d/b/a Clestra Hauserman, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

06/17/2022

Date

*/s/ Michael Busenkell*

**Michael Busenkell**

Signature of Attorney or Litigant

Counsel for   **Clestra, Inc. d/b/a Clestra Hauserman, Inc.**

**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5812 Fax:302-425-5814**
**mbusenkell@gsbblaw.com**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Clestra, Inc. d/b/a Clestra Hauserman, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................................. $ _____ 3,057,385.17

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................... $ _____ 3,057,385.17

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ........................ $ _____ 498,468.97

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ............................................................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................... +$ _____ 2,725,884.78

4. **Total liabilities** ................................................................................................................................... $ _____ 3,224,353.75
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name __Clestra, Inc. d/b/a Clestra Hauserman, Inc.__

United States Bankruptcy Court for the: __District of Delaware__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets — Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

**2. Cash on hand**
$ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Wells Fargo Bank, N.A. | Checking | 4  3  0  9 | $ 50,192.61 |
| 3.2. See continuation sheet | | ___ ___ ___ ___ | $ 12,057.22 |

**4. Other cash equivalents** *(Identify all)*

4.1. _____ $_____
4.2. _____ $_____

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 62,249.83

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1. Passco Warminster Business Center S, LLC                    $ 27,700.00
7.2. Nassen & Associates t/a 309 Development Co. (current landlord)          $ 18,437.50

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.          Case number (*if known*)_____
_____
Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Other prepaid expenses ............................................................................................. $ 13,162.50

8.2. McCory Glass, Inc. (prepayment for materials) ................................................... $ 28,545.74

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    $ 87,845.74

---

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- | --- |
| 11a. 90 days old or less: | 484,860.77 | – | 0.00 | = ....... ➜ | | $ 484,860.77 |
| 11b. Over 90 days old: | 784,552.62 | – | 0.00 | = ....... ➜ | | $ 784,552.62 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $ 1,269,413.39

---

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $_____ |
| --- | --- | --- |
| 14.2. _____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

| 15.1._____ | _____% | _____ | $_____ |
| --- | --- | --- | --- |
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1._____ | _____ | $_____ |
| --- | --- | --- |
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.          $_____

---

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.
_____    Case number *(if known)*_____
          Name

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Material stored at 21 Bon Air Drive Warehouse, incluc | 03/14/2022 MM / DD / YYYY | $ 0.00 | debtor's estimate | $ 83,378.21 |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                        $ 83,378.21

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

---

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.    Case number *(if known)*_____
          _____
          Name

33. **Total of Part 6.**    $_____

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** <br> Leasehold Fixtures (gross without depreciation) | $ 0.00 | debtor's estimate | $ 220,349.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office equipment and furniture , including computers, communications equipment, and software (gross without depreciation) | $ 0.00 | debtor's estimate | $ 185,758.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**    $ 406,107.00

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Clestra, Inc. d/b/a Clestra Hauserman, Inc.                Case number (if known)_____
         _____
         Name

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2014 Ford E350 5.4  (VIN 1FTSS3EL9EDA84942) | $ 0.00 | debtor's estimate | $ 22,922.00 |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | _____ | $ 150,791.00 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 173,713.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   Clestra, Inc. d/b/a Clestra Hauserman, Inc.
         _____          Case number (if known)_____
         Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 21 Bon Air Drive, Warminster, PA 18974 | Fee simple | $_____ | _____ | $ Unknown |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____  –  _____  = ➡  $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| NOL | Tax year 2020 | $ Unknown |
| NOL | Tax year 2021 | $ Unknown |
| | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____

$_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

$_____

Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Claim against JE Dunn and Labor and Material Bond No. 82521087.

$ 974,026.00

Nature of claim    partially liquidated
Amount requested    $ 974,026.00

76. **Trusts, equitable or future interests in property**

_____

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Costs & Estimated earnings in excess of billings | $ Unknown |
| Deferred tax receivable (2021) | $ 652.00 |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 974,678.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 62,249.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 87,845.74 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,269,413.39 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 83,378.21 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 406,107.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 173,713.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................→ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 974,678.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 3,057,385.17 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................... 3,057,385.17 ........................ $ 3,057,385.17

Debtor 1    Clestra, Inc. d/b/a Clestra Hauserman, Inc.

First Name    Middle Name    Last Name

Case number (if known)_____

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

Wells Fargo Bank, N.A.      Checking                2122

Balance: 4,092.78

Santander Bank, N.A.       Checking                7114

Balance: 7,964.44

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Machinery and        0.00             debtor's estimate   150,791.00
equipment

Pitney Bowes —                                Unknown
mailing lease

Canon Solutions                               Unknown
America, Inc. —
copier and plotter
lease

**Fill in this information to identify the case:**

Debtor name   Clestra, Inc. d/b/a Clestra Hauserman, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1**   **Creditor's name**
CL45 MW Loan 1 LLC

**Describe debtor's property that is subject to a lien**
All assets.

Column A: $ 498,468.97    Column B: $ Unknown

**Creditor's mailing address**
3144 S. Winton Road
Rochester, NY 14623

**Creditor's email address, if known**
_____

**Describe the lien**
Loan Agreement and UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   10/1/2015
**Last 4 digits of account number**   0065

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**   **Creditor's name**
_____

**Describe debtor's property that is subject to a lien**

$ _____    $ _____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Describe the lien**
_____

**Date debt was incurred**   _____
**Last 4 digits of account number**   _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 498,468.97

Debtor  Clestra, Inc. d/b/a Clestra Hauserman, Inc.
_____
        Name

Case number (if known)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CL45 MW Loan 1 LLC<br>Department 5670<br>PO Box 4110<br>Woburn, MA, 01888 | Line 2. 1 | _____ |
| Midwest Servicing 4, LLC<br>3144 S. Winton Road<br>Rochester, NY, 14623 | Line 2. 1 | _____ |
| Santander Bank, N.A.<br>450 Penn Street<br>Reading, PA, 19602 | Line 2. 1 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor name  Clestra, Inc. d/b/a Clestra Hauserman, Inc.

United States Bankruptcy Court for the: **District of Delaware**

Case number (If known): _____    Chapter  7

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

|   | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract dated December 16, 2020 for project management services and installation for CCPM/Anschutz Health Sciences | OfficeScapes<br>9900 E 51st Avenue<br>Denver, CO, 80238 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract dated November 14, 2019 for Project No. 17082900 for Anschutz Health Sciences Building | J.E. Dunn Construction Company<br>2000 S Colorado Blvd.<br>Suite 1200<br>Denver, CO, 80222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract dated February 5, 2020 for work on Australian Embassy, 1601 Massachusetts Ave. NW, Washington DC 20036 | Clark Construction Group, LLC<br>7500 Old Georgetown Road<br>Bethesda, MD, 20814 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Lease for 21 Bon Air Drive, Warminster PA 18974<br>Lessee | Nappen & Associates t/a 309 Development Company<br>171 Corporate Drive<br>Montgomeryville, PA, 18936 |
| | State the term remaining | 32 months | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract for PSU Henning building with Turner Construction | Turner Construction<br>11413 Isaac Newton Square South<br>Reston, VA, 20190 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) |
|--------|---------------------------------------------|------------------------|
|        | Name                                        |                        |

<table>
<tr><td colspan="3">▐ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**</td></tr>
<tr><td colspan="3">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</td></tr>
<tr><td colspan="2">List all contracts and unexpired leases</td><td>State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease</td></tr>
<tr>
<td>2.<u>6</u></td>
<td>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract**</td>
<td>Office equipment lease<br>Lessee</td>
</tr>
</table>

| 2.<u>6</u> | **State what the contract or lease is for and the nature of the debtor's interest** | Office equipment lease<br>Lessee | Canon Solutions America, Inc.<br>One Canon Plaza<br>New Hyde Park, NY, 11042 |
|---|---|---|---|
| | **State the term remaining**<br>**List the contract number o any government contract** | | |
| 2.<u>7</u> | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract dated August 20, 2018 for  Martin Renovation and Expansion Project, 2001 C Street, NW, Washington, DC 20006 | G&C Equipment Corporation<br>Attn: Brendalee Banner<br>10 G Street NE, Suite 617<br>Washington, DC, 20002 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.<u>8</u> | **State what the contract or lease is for and the nature of the debtor's interest** | Fordham University 1F02006400 | Tishman Interiors Corp.<br>100 Park Avenue<br>#18<br>New York, NY, 10017 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.<u>9</u> | **State what the contract or lease is for and the nature of the debtor's interest** | Plotter and copier lease<br>Lessee | Pitney Bowes Global Financial Services LLC<br>PO Box 981022<br>Boston, MA, 02298 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor</td><td>Clestra, Inc. d/b/a Clestra Hauserman, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(If known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>Jeffrey Marks | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Undetermined | $ |
|  | **Basis for the claim:**<br>Unpaid vacation time | | |
| **Date or dates debt was incurred**<br>_____ | | | |
| **Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.2** **Priority creditor's name and mailing address**<br>Jeffrey Smilek | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Undetermined | $ |
|  | **Basis for the claim:**<br>Unpaid vacation time | | |
| **Date or dates debt was incurred**<br>_____ | | | |
| **Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.3** **Priority creditor's name and mailing address**<br>Joseph Hettler | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Undetermined | $ |
|  | **Basis for the claim:**<br>Unpaid vacation time | | |
| **Date or dates debt was incurred**<br>_____ | | | |
| **Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address
Matthew Andersen

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Undetermined    $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Unpaid vacation time

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.5** Priority creditor's name and mailing address
Matthew Knaub

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Undetermined    $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Unpaid vacation time

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.6** Priority creditor's name and mailing address
Nassim Hadjoudj

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Undetermined    $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Unpaid vacation time

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.7** Priority creditor's name and mailing address
Nicole D'Ottavio

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Undetermined    $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Unpaid vacation time

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

Debtor  Clestra, Inc. d/b/a Clestra Hauserman, Inc._____   Case number (if known)_____
                Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.8** **Priority creditor's name and mailing address**

Scott Baxter

$ Undetermined     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Unpaid vacation time
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.__** **Priority creditor's name and mailing address**

$ _____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.__** **Priority creditor's name and mailing address**

$ _____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.__** **Priority creditor's name and mailing address**

$ _____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3 of 22

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.
          Name

Case number (if known)_____

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ADP
One ADP Boulevard
Roseland, NJ, 07068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Aetna Inc.
151 Farmington Avenue
Hartford, CT, 06156

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Allied Administrators, Inc.
501 14th Street
Suite 200
Oakland, CA, 94612

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,011.52

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
American Express
PO Box 1270
Newark, NJ, 07101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    4446

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Anker International, LLC
4561 Greer Circle
Suite 200
Stone Mountain, GA, 30083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** custom duty

$ 91,735.59

Date or dates debt was incurred    _____
Last 4 digits of account number    4700

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Aspen American Insurance Company
175 Capital Boulevard
Rocky Hill, CT, 06067

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Indemnity agreement and bonding

$ Undetermined

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Clestra, Inc. d/b/a Clestra Hauserman, Inc.                          Case number (if known)_____
         _____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.7 Nonpriority creditor's name and mailing address**

California Department of Tax and Fee
Administration
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA, 94279-0029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.8 Nonpriority creditor's name and mailing address**

Canon Solutions America, Inc.
One Canon Plaza
New Hyde Park, NY, 11042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  coper and plotter lease

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

Is the claim subject to offset?
✓ No
☐ Yes

$ 698.24

---

**3.9 Nonpriority creditor's name and mailing address**

Carisma Managed IT Solutions
350 North Main Street
Doylestown, PA, 18901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Telephone / Internet services

Date or dates debt was incurred        _____

Last 4 digits of account number        4855

Is the claim subject to offset?
✓ No
☐ Yes

$ 3,088.53

---

**3.10 Nonpriority creditor's name and mailing address**

Clestra Hauserman SAS
1 route du Docteur Albert Schweitzer
Illkrich-Graffenstaden, France, 67400

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 499,941.01

---

**3.11 Nonpriority creditor's name and mailing address**

Clestra Hauserman SAS
1 route du Docteur Albert Schweitzer
Illkrich-Graffenstaden, France, 67400

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods purchased

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

Is the claim subject to offset?
✓ No
☐ Yes

$ 485,068.50

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Comcast Business
c/o Brian L. Roberts, Comcast Center
1701 John F. Kennedy Blvd.
Philadelphia, PA, 19103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

Date or dates debt was incurred _____

Last 4 digits of account number _____5364_____

Is the claim subject to offset?
☑ No
☐ Yes

$ 538.65

---

**3.13** Nonpriority creditor's name and mailing address

Commercial Resource Installation, Inc.
PO Box 1363
Houston, TX, 77251

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.14** Nonpriority creditor's name and mailing address

Connecticut Department of Revenue
Bankruptcy Division - Collections Unit
450 Columbus Blvd., Suite One
Hartford, CT, 06103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.15** Nonpriority creditor's name and mailing address

Consolidated Glass Corporation
c/o Andrea Schry
1150 N. Cedar Street
New Castle, PA, 16103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Supplier on CCPM project

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 324,470.28

---

**3.16** Nonpriority creditor's name and mailing address

Corporation Service Company
2595 Interstate Drive,
Suite 103
Harrisburg, PA, 17110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 657.60

---

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Eastburn & Gray, PC
60 E Court St.
PO Box 1389
Doylestown, PA, 18901

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** legal services related to Passco landlord-tenant litigation

$ 5,615.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

EBISS Inc.
c/o John Morrissey Accountants
5919 Spring Creek Rd
Rockford, IL, 61114

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,645.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

EisnerAmper LLP
One Logan Square
130 North 18th Street, Suite 3000
Philadelphia, PA, 19103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 16,905.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

FedEx
c/o CT Corporation
600 North 2nd Street, Suite 401
Harrisburg, PA, 17101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 683.64

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

FSB USA
24 New Park Drive
Kensington, CT, 06037

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22  Nonpriority creditor's name and mailing address**

Garden State Hardware
12 Grove Street
Plainfield, NJ, 07060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 22,897.26

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.23  Nonpriority creditor's name and mailing address**

General Glass International
101 Venture Way

Secaucus, NJ, 07094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 113,113.46

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.24  Nonpriority creditor's name and mailing address**

Globe Tax Services Inc.
1 New York Plaza
34th Floor
New York, NJ, 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 162.50

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.25  Nonpriority creditor's name and mailing address**

Hafele America Co.
3901 Cheyene Drive
High Point, NC, 27263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,330.78

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.26  Nonpriority creditor's name and mailing address**

HC HoodCo & Total Door Service
c/o Sandra Hood, President
649 E Rolling Ridge Dr
Bellefonte, PA, 16823

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 66,789.69

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page <u>8</u> of <u>22</u>

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27    Nonpriority creditor's name and mailing address**

Holicong Locksmiths & Central Security
1968 Holicong Rd.
New Hope, PA, 18938

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 119.85

**3.28    Nonpriority creditor's name and mailing address**

InsideSource
985 Industrial Road
Suite 101
San Carlos, CA, 94070

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 86,795.00

**3.29    Nonpriority creditor's name and mailing address**

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA, 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: for noticing purposes only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.30    Nonpriority creditor's name and mailing address**

Kensington Glass Arts, Inc.
2194 Urbana Pike
Ijamsville, MD, 21754

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 139,169.34

**3.31    Nonpriority creditor's name and mailing address**

Krando Metal Products, Inc.
505 Parkway Drive
Broomall, PA, 19008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,035.39

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32 Nonpriority creditor's name and mailing address**

Landau, Hess, Simon and Choi
190 N. Independence Mall West
Suite 602
Philadelphia, PA, 19106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** legal services

$ 1,875.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33 Nonpriority creditor's name and mailing address**

Leck Waste Services
237 Jacksonville Rd.
Warminster, PA, 18974

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 338.99

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.34 Nonpriority creditor's name and mailing address**

Long Term Electric
709 Schwab Road
Hatfield, PA, 19440

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

$ 6,216.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.35 Nonpriority creditor's name and mailing address**

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA, 02204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36 Nonpriority creditor's name and mailing address**

McCrory Glass, Inc.
1400 Grandview Avenue
Paulsboro, NJ, 08066

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.37** Nonpriority creditor's name and mailing address

McMaster-Carr
600 County Line Road
Elmhurst, IL, 60126

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 599.75

**3.38** Nonpriority creditor's name and mailing address

MV Glass LLC
48 Bonfire Court
Westminster, MD, 21157

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 6,240.00

**3.39** Nonpriority creditor's name and mailing address

Nappen & Associates
171 Corporate Drive
Montgomeryville, PA, 18936

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: 21 Bon Air lease-related expenses

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 6,228.56

**3.40** Nonpriority creditor's name and mailing address

New Jersey Division of Taxation, Compliance and
Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Floor
P.O. Box 245
Trenton, NJ, 08695

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 0.00

**3.41** Nonpriority creditor's name and mailing address

New York Window Film Company
87 Gazza Blvd.
Farmingdale, NY, 11735

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 48,600.00

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.42** Nonpriority creditor's name and mailing address

North Carolina Department of Revenue
Office Services Division, Bankruptcy Division
P.O. Box 1168
Raleigh, NC, 27602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.43** Nonpriority creditor's name and mailing address

NYC Department of Finance
66 John Street
Room 104
New York, NY, 10038

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 65.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.44** Nonpriority creditor's name and mailing address

NYS Dept. of Taxation and Finance
Bankruptcy/Special Procedures Section
PO Box 5300
Albany, NY, 12205

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.45** Nonpriority creditor's name and mailing address

Office Scapes
900 E 51st Ave.
Denver, CO, 80238

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 235,873.03

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.46** Nonpriority creditor's name and mailing address

Old France Finishing Inc.
192 East Industry Ct.
Deer Park, NY, 11729

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** <u>47</u> Nonpriority creditor's name and mailing address

OldCastle Building Envelope
1500 Glen Avenue
Moorestown, NJ, 08057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 16,073.13

---

**3.** <u>48</u> Nonpriority creditor's name and mailing address

Passco Warminster Business Center S, LLC
2050 Main Street
Suite 650
Irvine, CA, 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment Liens

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 255,076.40

---

**3.** <u>49</u> Nonpriority creditor's name and mailing address

pba USA Inc.
68 34th St.
Suite C405 (Unit 20)
Brooklyn, NY, 11232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,116.46

---

**3.** <u>50</u> Nonpriority creditor's name and mailing address

Peco Energy Company
PECO Customer Solution Center
2301 Market Street
Philadelphia, PA, 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** <u>51</u> Nonpriority creditor's name and mailing address

Pennsylvania Department of Revenue
Department 280946
Harrisburg, PA, 17128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Pension Plan Consultants LLC
653 Skippack Pike
Suite 210
Plymouth Meeting, PA, 19462

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 312.50

---

**3.53** Nonpriority creditor's name and mailing address

Pitney Bowes Global Financial Services LLC
PO Box 981022
Boston, MA, 02298

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: lease

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
- ✓ No
- ☐ Yes

$ 133.06

---

**3.54** Nonpriority creditor's name and mailing address

Prime Installations Inc.
578 Midwood Drive
Brick, NJ, 08724

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
- ✓ No
- ☐ Yes

$ 60,000.00

---

**3.55** Nonpriority creditor's name and mailing address

Professional Building Services
3936 Miller Road

Newtown Square, PA, 19073

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,816.20

---

**3.56** Nonpriority creditor's name and mailing address

Progressive Glass, Inc.
9027 Congress Place
Hyattsville, MD, 20785

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
- ✓ No
- ☐ Yes

$ 69,312.52

---

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 57** Nonpriority creditor's name and mailing address

Reilly Glazing, Inc.
200 E Washington Street
Norristown, PA, 19401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 105,000.00

---

**3. 58** Nonpriority creditor's name and mailing address

Reliable Installation Services
8678 Indian Springs Road
Frederick, MD, 21702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 15,468.30

---

**3. 59** Nonpriority creditor's name and mailing address

Reliance Standard Life Insurance Company
PO Box 3124
Southeastern, PA, 19396

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 522.29

---

**3. 60** Nonpriority creditor's name and mailing address

Santander Bank, N.A.
Attn: Business Customer Contact Center
Santander Way RI 1 EPV 02 23
Riverside, RI, 02915

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: for noticing purposes only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3. 61** Nonpriority creditor's name and mailing address

SEKO Worldwide
SEKO Logistics Global HQ
1100 Arlington Heights Rd., Suite 600
Itasca, IL, 60143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,616.50

---

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.62**  Nonpriority creditor's name and mailing address

Stuart Dean
43-50 10th Street

Long Island City, NY, 11101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 5,185.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63**  Nonpriority creditor's name and mailing address

Travelers Insurance
Travelers CL Remittance Center
PO Box 860817
Dallas, TX, 75228

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 116.86

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64**  Nonpriority creditor's name and mailing address

Twin Rivers Community Trust
92 Twin Rivers Dr.
Newark, NJ, 07101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 50.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.65**  Nonpriority creditor's name and mailing address

Uline
Attn: Accounts Receivable
PO Box 88741
Chicago, IL, 60680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66**  Nonpriority creditor's name and mailing address

Verizon Wireless
Verizon Wireless Correspondence Team
PO Box 408
Newark, NJ, 07101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Telephone / Internet services

$ 1,883.97

Date or dates debt was incurred _____

Last 4 digits of account number   2460

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** | Nonpriority creditor's name and mailing address

W.B. Mason Company, Inc.
Headquarters
59 Centre Street
Brockton, MA, 02303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 692.93

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address

Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR, 97228

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: for noticing purposes only

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number *(if known)* |
| | Name | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Allied Administrators, Inc.<br>P.O. Box 46381<br>San Francisco, CA, 94145 | Line 3.3<br>☐ Not listed. Explain: | _____ |
| 4.2. | American Express<br>PO Box 650448<br>Dallas, TX, 75265 | Line 3.4<br>☐ Not listed. Explain | _____ |
| 4.3. | Aspen American Insurance Co.<br>350 North St. Paul Street<br>Dallas, TX, 75201 | Line 3.6<br>☐ Not listed. Explain | _____ |
| 4.4. | Aspen Insurance UK Limited<br>30 Fenchurch Street<br>London, England EC3M5BD | Line 3.6<br>☐ Not listed. Explain | _____ |
| 41. | Aspen Specialty Insurance Co.<br>175 Capital Boulevard<br>Rocky Hill, CT, 060607 | Line 3.6<br>☐ Not listed. Explain | _____ |
| 4.5. | Canon Financial Services, Inc.<br>14904 Collection Center Drive<br>Chicago, IL, 60693 | Line 3.8<br>☐ Not listed. Explain | _____ |
| 4.6. | Canon Solutions Inc.<br>c/o Corporation Service Company<br>2995 Interstate Drive, Suite 103<br>Harrisburg, PA, 17110 | Line 3.8<br>☐ Not listed. Explain | _____ |
| 4.7. | Christine Leigh Barba<br>Ballard Spahr<br>1735 Market Street, 51st Floor<br>Philadelphia, PA, 19103 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.8. | Consolidated Glass Corporation<br>P.O. Box 376<br>25 W Lawrence Str.<br>New Castle, PA, 16103 | Line 3.15<br>☐ Not listed. Explain | _____ |
| 4.9. | Consolidated Glass Corporation<br>c/o Avorey Merryman, Treasurer<br>P.O. Box 430<br>New Castle, PA, 16103 | Line 3.15<br>☐ Not listed. Explain | _____ |
| 4.10. | Corporation Service Company<br>c/o Lena Panariello, Treasurer<br>2711 Centerville Road<br>Wilmington, DE, 19808 | Line 3.16<br>☐ Not listed. Explain | _____ |
| 4.11. | EBISS Inc.<br>c/o Wayne Forster<br>7918 Forest Hills Rd<br>Loves Park, IL, 61111 | Line 3.18<br>☐ Not listed. Explain | _____ |

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 EisnerAmper LLP<br>c/o Corporation Service Company<br>2595 Interstate Drive, Suite 103<br>Harrisburg, PA, 17110 | Line 3.19<br>☐ Not listed. Explain | _____ |
| 4.14 Hafele America Co.<br>PO Box 890779<br>Red Creek, WV, 26289 | Line 3.25<br>☐ Not listed. Explain | _____ |
| 4.15 Holicong Locksmiths & Central Security<br>PO Box 128<br>Holicong, PA, 18928 | Line 3.27<br>☐ Not listed. Explain | _____ |
| 4.16 Jack Rosenberg<br>Rosenberg & Parker<br>593 E. Swedesford Road, Suite 350<br>Wayne, PA, 19087 | Line 3.6<br>☐ Not listed. Explain | _____ |
| 4.17 John Wesley Scott<br>Ballard Spahr<br>1735 Market Street, 51st Floor<br>Philadelphia, PA, 19103 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.18 Jonathan Bondy<br>Chieasa Shahinan & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ, 07052 | Line 3.6<br>☐ Not listed. Explain | _____ |
| 4.19 McMaster-Carr<br>PO Box 7690<br>Chicago, IL, 60860 | Line 3.37<br>☐ Not listed. Explain | _____ |
| 4.20 Paul Keller Ort<br>Ballard Spahr<br>1735 Market Street, 51st Floor<br>Philadelphia, PA, 19103 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.21 PECO<br>P.O. Box 37629<br>Philadelphia, PA, 19101 | Line 3.50<br>☐ Not listed. Explain | _____ |
| 4.22 Pitney Bowes Global Financial Services<br>PO Box 371867<br>Sagamore, PA, 16250 | Line 3.53<br>☐ Not listed. Explain | _____ |
| 4.23 Reliable Installation Services<br>PO Box 386<br>Myersville, MD, 21773 | Line 3.58<br>☐ Not listed. Explain | _____ |
| 4.24 Warminster Business Center TIC 1 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.25 Warminster Business Center TIC 10 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.26 Warminster Business Center TIC 11 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain _____ | _____ |

Debtor   Clestra, Inc. d/b/a Clestra Hauserman, Inc.
         _____
         Name

Case number (if known)_____

---

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---------|---------|---------|
| 4.27 Warminster Business Center TIC 12 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.28 Warminster Business Center TIC 13 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.29 Warminster Business Center TIC 14 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.30 Warminster Business Center TIC 15 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.31 Warminster Business Center TIC 16 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.32 Warminster Business Center TIC 17 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.33 Warminster Business Center TIC 18 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.34 Warminster Business Center TIC 19 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.35 Warminster Business Center TIC 2 LLC<br>2050 Main Street<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.36 Warminster Business Center TIC 20 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.37 Warminster Business Center TIC 21 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.38 Warminster Business Center TIC 22 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.39 Warminster Business Center TIC 23 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | _____ |
| 4.40 Warminster Business Center TIC 24 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain _____ | _____ |

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 20 of 22

| Debtor | Clestra, Inc. d/b/a Clestra Hauserman, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 3:  Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4. 41 Warminster Business Center TIC 25 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 42 Warminster Business Center TIC 26 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 43 Warminster Business Center TIC 27 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 44 Warminster Business Center TIC 28 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 45 Warminster Business Center TIC 29 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 46 Warminster Business Center TIC 3 LLC<br>2050 Main Street<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 47 Warminster Business Center TIC 30 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 48 Warminster Business Center TIC 31 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 49 Warminster Business Center TIC 4 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 50 Warminster Business Center TIC 5 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 51 Warminster Business Center TIC 6 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 52 Warminster Business Center TIC 7 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 53 Warminster Business Center TIC 8 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain | |
| 4. 54 Warminster Business Center TIC 9 LLC<br>2050 Main Street<br>Suite 650<br>Irvine, CA, 92614 | Line 3.48<br>☐ Not listed. Explain _____ | |

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.
          _____          Case number (if known)_____
          Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1                          5a.    $ 0.00

5b. Total claims from Part 2                          5b.  **+**  $ 2,725,884.78

5c. Total of Parts 1 and 2                            5c.    $ 2,725,884.78
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name ___Clestra, Inc. d/b/a Clestra Hauserman, Inc._____

United States Bankruptcy Court for the: ___District of Delaware_____

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. Does the debtor have any codebtors? |
|---|
| ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Clestra Hauserman SAS | Clestra Hauserman SAS<br>1 route du Docteur Albert Schweitzer<br>Illkirch-Graffenstaden, France,  67400 | Aspen American Insurance Company | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name ___Clestra, Inc. d/b/a Clestra Hauserman, Inc._____

United States Bankruptcy Court for the: ___District of Delaware_____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ *Amended Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          ✗ _____
              MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                          _____
                                          Printed name

                                          _____
                                          Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

---

**Fill in this information to identify the case:**

Debtor name   Clestra, Inc. d/b/a Clestra Hauserman, Inc.

United States Bankruptcy Court for the: _____    District of   Delaware
                                                                          (State)

Case number (If known): _____

---

☐ Check if this is an
   amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2022<br>MM / DD / YYYY | to | Filing date | ■ Operating a business<br>☐ Other _____ | $730,700.00 |
| For prior year: | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ■ Operating a business<br>☐ Other _____ | $4,805,289.00 |
| For the year before that: | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ■ Operating a business<br>☐ Other _____ | $4,269.041.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2022<br>MM / DD / YYYY | to | Filing date | _____ | $0.00 |
| For prior year: | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | interest | $2.00 |
| For the year before that: | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | interest ($75); gain on foreign currency ($38) | $113.00 |

---

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.    Case number (if known)_____
_____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3 _____ | | $ 251,918.70 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State      ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State      ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached SOFA Part 2, Question 4 | | $ 811,553.36 | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 4.2. | See Attached SOFA Part 2, Question 4 | | $ 16,626.00 | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor     Clestra, Inc. d/b/a Clestra Hauserman, Inc.         Case number *(if known)*_____
<br>Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |
| Street | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Passco Warminster Business Center S, LLC et al. v. Clestra, Inc. d/b/a Clestra Hauserman, Inc. | breach of lease | Court of Common Pleas of Bucks County, Pennsylvania<br>Name<br>100 N Main Street<br>Street<br>Doylestown    PA    18901<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2018-01813 | | | |
| 7.2. | Aspen American Insurance Company v. Clestra Hauserman SAS, and Clestra International SAS | indemnity agreement | Supreme Court of the State of New York County of New York<br>Name<br>60 Centre St.<br>Street<br>New York    NY    10007<br>City    State    ZIP Code | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>Unknown | | | |

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.                    Case number *(if known)*_____
           Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| City          .          State          ZIP Code | **Case number** | Street |
| | _____ | City          State          ZIP Code |
| | **Date of order or assignment** | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| | | | $_____ |
| **9.2.** Recipient's name | | _____ | |
| Street | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.        Case number *(if known)*_____
        Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   Watt, Tieder, Hoffar & Fitzgerald LLP | | 5/3 & 6/10/2022 | $ 80,853.47 |
| **Address** | | | |
| c/o Jennifer L. Kneeland | | | |
| Street | | | |
| 1765 Greensboro Station Place, Suite 1000 | | | |
| McLean    VA    22102 | | | |
| City    State    ZIP Code | | | |

**Email or website address**

_____

**Who made the payment, if not debtor?**

As to the 6/10/22 payment, Clestra Hauserman SAS

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.   Gellert Scali Busenkell & Brown, LLC | | 06/14/2022 | $ $7,833.00 |
| **Address** | | | |
| 1201 N. Orange Street | | | |
| Street | | | |
| Suite 300 | | | |
| Wilmington, DE 19801 | | | |
| City    State    ZIP Code | | | |

**Email or website address**

mbusenkell@gsbblaw.com

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |
| | | | |

Debtor  Clestra, Inc. d/b/a Clestra Hauserman, Inc.                          Case number (if known)_____
        _____
        Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None

|  | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

|  | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ Street | | From _____ | To _____ |
| | _____ City          State      ZIP Code | | | |
| 14.2. | _____ Street | | From _____ | To _____ |
| | _____ City          State      ZIP Code | | | |

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.                     Case number *(if known)*_____
          _____
          Name

---

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| --- | --- | --- |

15.1. _____   _____
      Facility name                    _____                              _____

      _____   **Location where patient records are maintained** (if different from facility   **How are records kept?**
      Street                           address). If electronic, identify any service provider.
                                                                                                    *Check all that apply:*
      _____   _____                              ☐ Electronically
      City        State      ZIP Code  _____                              ☐ Paper

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| --- | --- | --- |

15.2. _____   _____
      Facility name                    _____                              _____

      _____   **Location where patient records are maintained** (if different from facility   **How are records kept?**
      Street                           address). If electronic, identify any service provider.
                                                                                                    *Check all that apply:*
      _____   _____                              ☐ Electronically
      City        State      ZIP Code  _____                              ☐ Paper

---

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

  Yes. Does the debtor serve as plan administrator?

    ■ No. Go to Part 10.

    ☐ Yes. Fill in below:

        **Name of plan**                                          **Employer identification number of the plan**

        _____            EIN: __ __ – __ __ __ __ __ __ __

        Has the plan been terminated?

        ☐ No

        ☐ Yes

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 7

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.              Case number *(if known)*_____
         Name

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.        Case number *(if known)*_____
        <sub>Name</sub>

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ **None**

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City    State    ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City    State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ | _____ | _____ | |
| Name | Name | | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

Debtor　Clestra, Inc. d/b/a Clestra Hauserman, Inc.　　　　　　　　　Case number *(if known)*_____
　　　　　Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City　　State　ZIP Code | City　　State　ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City　　State　ZIP Code | | EIN: ___ ___ –___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____　To _____ |
| 25.2. | Name<br>Street<br>City　　State　ZIP Code | | EIN: ___ ___ –___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____　To _____ |
| 25.3. | Name<br>Street<br>City　　State　ZIP Code | | EIN: ___ ___ –___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____　To _____ |

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.                        Case number (if known)_____
          Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Nicole D'Ottavio | From 01/03/2022 |
| | Name | To 05/26/2022 |
| | 21 Bon Air Drive, Warminster, PA 18974 | |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | James Doherty | From 02/10/2020 |
| | Name | To 03/11/2022 |
| | 21 Bon Air Drive, Warminster, PA 18974 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | EisnerAmper LLP | From 01/01/2017 |
| | Name | To 05/31/2022 |
| | One Logan Square, 130 North 18th Street, Suite 3000, Philadelphia, PA 19103 | |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Clestra, Inc. | |
| | Name | |
| | 21 Bon Air Drive, Warminster, PA 18974 | |

---

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.                          Case number (if known)_____
           _____
           Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City            State        ZIP Code | _____ <br> _____ <br> _____ <br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

26d.1.    _____
          Name
          _____
          Street
          _____
          _____
          City            State        ZIP Code

**Name and address**

26d.2.    _____
          Name
          _____
          Street
          _____
          _____
          City            State        ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1.    _____
         Name
         _____
         Street
         _____
         _____
         City            State        ZIP Code

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.
Name

Case number (if known)_____

| Name of the person who supervised the taking of the Inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each Inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of Inventory records | | |
| 27.2. _____<br>Name | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any Interest | % of Interest, If any |
|---|---|---|---|
| Clestra International SAS | 1 route du Docteur Albert Schweitzer, Illkirch-Graffenstaden, France, 67400 | parent | 100 |
| Vincent Paul-Petit | 1 route du Docteur Albert Schweitzer, Illkirch-Graffenstaden, France, 67400 | Sole Director, President, and CEO | |
| Denis Grasser | 1 route du Docteur Albert Schweitzer, Illkirch-Graffenstaden, France, 67400 | Treasurer and Controller | |
| Jeff Smilek | 21 Bon Air Drive, Warminster, PA 18974 | Secretary and Deputy General Manager | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any Interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor<br>_____ | | _____ | |

Debtor    Clestra, Inc. d/b/a Clestra Hauserman, Inc.                    Case number *(if known)*_____
_____
Name

---

**Name and address of recipient**    _____    _____    _____

30.2

Name                                                                    _____

Street                                                                  _____

City                        State        ZIP Code                       _____

**Relationship to debtor**                                              _____

_____

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No

    ❑ Yes. Identify below.

    **Name of the parent corporation**                     **Employer Identification number of the parent corporation**

    _____             EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No

    ❑ Yes. Identify below.

    **Name of the pension fund**                           **Employer Identification number of the pension fund**

    _____             EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/17/2022
                MM / DD / YYYY

✖ _____             Printed name   Vincent Paul-Refit_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Authorized Representative, Sole Director, President, and CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

❑ No

■ Yes

**In re Clestra, Inc. d/b/a Clestra Hauserman, Inc.**
**Supplemental Sheet in Response to Statement of Financial Affairs, Part 2, Question 3**
**List payments or transfers within 90 days before the Petition Date**

| Date | Account | Check/Wire/ACH | Name | Amount |
|------|---------|----------------|------|--------|
| 3/16/2022 | WF -4309 | 1062 | MCGRORY GLASS | $28,545.74 |
| 3/22/2022 | WF -4309 | ACH | Peco Energy | $4,670.83 |
| 3/28/2022 | WF -4309 | 1068 | OfficeScapes | $60,000.00 |
| 3/29/2022 | WF -4309 | 1069 | CL45 MW | $4,500.00 |
| 3/30/2022 | WF -4309 | 1075 | Nappen & Associates | $6,270.83 |
| 4/4/2022 | WF -4309 | ACH | Aetna | $8,153.62 |
| 4/22/2022 | WF -4309 | ACH | Peco Energy | $1,806.01 |
| 4/28/2022 | WF -4309 | 1076 | CL45 MW | $4,500.00 |
| 4/28/2022 | WF -4309 | 1077 | Watt, Tieder, Hoffar & Fitzgerald, LLP | $44,508.00 |
| 5/1/2022 | WF -4309 | 1100 | Nappen & Associates | $6,270.83 |
| 5/2/2022 | WF -4309 | ACH | CA State Sales Tax Filing - March 2022 | $9,829.00 |
| 5/2/2022 | WF -4309 | 1091 | Nappen & Associates | $5,071.42 |
| 5/4/2022 | WF -4309 | ACH | Aetna | $10,609.76 |
| 5/16/2022 | WF -4309 | Online | American Express | $23,041.47 |
| 5/17/2022 | WF -4309 | Online | American Express | $18,586.55 |
| 5/19/2022 | WF -4309 | ACH | Peco Energy | $1,225.01 |
| 5/23/2022 | WF -4309 | Online | American Express | $4,947.94 |
| 6/2/2022 | WF -4309 | ACH | Aetna | $9,381.69 |
| | | | | $251,918.70 |

**In re Clestra, Inc. d/b/a Clestra Hauserman, Inc.**
**Supplemental Sheet in Response to Statement of Financial Affairs, Part 2, Question 4**
**Payments to Insiders within 1 year of Petition Date**

**Ques. 4.1**          **Clestra Hauserman SAS**

| | |
|---|---|
| **Reason for Payment** | Goods sold/supplier |
| **Relationship to Debtor** | Parent of Debtor's Shareholder |
| **Address** | 1 route du Docteur Albert Schweitzer, Illkirch-Graffenstaden, France 67400 |

| Date | Amount |
|---|---|
| 6/15/2021 | $127,892.65 |
| 7/12/2021 | $106,751.68 |
| 8/23/2021 | $111,754.33 |
| 9/22/2021 | $114,600.49 |
| 10/6/2021 | $53,000.00 |
| 10/13/2021 | $125,087.86 |
| 11/4/2021 | $50,785.05 |
| 2/23/2022 | $14,228.58 |
| 4/26/2022 | $35,201.23 |
| 5/4/2022 | $30,000.00 |
| 5/19/2022 | $42,251.49 |
| | $811,553.36 |

**Ques. 4.2**          **Clestra Hauserman Ltd. (Korea)**

| | |
|---|---|
| **Reason for Payment** | Goods sold/supplier |
| **Relationship to Debtor** | Affiliate of Parent Company |
| **Address** | 11F Digital Cube Building, 34 Sangamsan-ro, Map-gu Seoul Korea |

| Date | Amount |
|---|---|
| 7/12/2021 | $16,626.00 |

United States Bankruptcy Court

District of Delaware

In re:   Clestra, Inc. d/b/a Clestra Hauserman, Inc.

Case No.

Chapter   7

　　　　　　　　　Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   06/17/2022

_____
Signature of Individual signing on behalf of debtor

Sole Director, President, CEO, Authorized Representative
Position or relationship to debtor

ADP
One ADP Boulevard
Roseland, NJ 07068

Aetna Inc.
151 Farmington Avenue
Hartford, CT 06156

Allied Administrators, Inc.
501 14th Street
Suite 200
Oakland, CA 94612

Allied Administrators, Inc.
P.O. Box 46381
San Francisco, CA 94145

American Express
PO Box 1270
Newark, NJ 07101

American Express
PO Box 650448
Dallas, TX 75265

Anker International, LLC
4561 Greer Circle
Suite 200
Stone Mountain, GA 30083

Aspen American Insurance Co.
350 North St. Paul Street
Dallas, TX 75201

Aspen American Insurance Company
175 Capital Boulevard
Rocky Hill, CT 06067

Aspen Insurance UK Limited
30 Fenchurch Street
London, England EC3M5BD,

Aspen Specialty Insurance Co.
175 Capital Boulevard
Rocky Hill, CT 060607

Bonitz Contracting Company, Inc.
4539 Enterprise Dr NW
Concord, NC 28027

Bowen Incorporated
10 Clover Lane
Newtown Square, PA 19073

California Department of Tax and Fee Administ
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029

Canon Financial Services, Inc.
14904 Collection Center Drive
Chicago, IL 60693

Canon Solutions America, Inc.
One Canon Plaza
New Hyde Park, NY 11042

Canon Solutions Inc.
c/o Corporation Service Company
2995 Interstate Drive, Suite 103
Harrisburg, PA 17110

Carisma Managed IT Solutions
350 North Main Street
Doylestown, PA 18901

Chenega Worldwide Support, LLC
Headquarters, 3000 C Street
Suite 301
Anchorage, AK 99503

Christine Leigh Barba
Ballard Spahr
1735 Market Street, 51st Floor
Philadelphia, PA 19103

CL45 MW Loan 1 LLC
3144 S. Winton Road
Rochester, NY 14623

CL45 MW Loan 1 LLC
Department 5670
PO Box 4110
Woburn, MA 01888

Clark Construction Group, LLC
7500 Old Georgetown Road
Bethesda, MD 20814

Clestra Hauserman SAS
1 route du Docteur Albert Schweitzer
Illkrich-Graffenstaden, France,  67400

Clestra Hauserman SAS
1 route du Docteur Albert Schweitzer
Illkirch-Graffenstaden, France,  67400

Clestra International SAS
1 route du Docteur Albert Schweitzer
Illkirch-Graffenstaden, France

Comcast Business
c/o Brian L. Roberts, Comcast Center
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

Commercial Resource Installation, Inc.
PO Box 1363
Houston, TX 77251

Connecticut Department of Revenue
Bankruptcy Division - Collections Unit
450 Columbus Blvd., Suite One
Hartford, CT 06103

Consolidated Glass Corporation
c/o Andrea Schry
1150 N. Cedar Street
New Castle, PA 16103

Consolidated Glass Corporation
P.O. Box 376
25 W Lawrence Str.
New Castle, PA 16103

Consolidated Glass Corporation
c/o Avorey Merryman, Treasurer
P.O. Box 430
New Castle, PA 16103

Corporation Service Company
2595 Interstate Drive,
Suite 103
Harrisburg, PA 17110

Corporation Service Company
c/o Lena Panariello, Treasurer
2711 Centerville Road
Wilmington, DE 19808

Cushman & Wakefield - Legal
1290 Avenue of Americas
New York, NY 10104

D.E. Harvey Builders
PO Box 42008
Houston, TX 77242

Dentsu Aegis
32 Avenue of the Americas
New Yok, NY 10013

Eastburn & Gray, PC
60 E Court St.
PO Box 1389
Doylestown, PA 18901

EBISS Inc.
c/o John Morrissey Accountants
5919 Spring Creek Rd
Rockford, IL 61114

EBISS Inc.
c/o Wayne Forster
7918 Forest Hills Rd
Loves Park, IL 61111

EisnerAmper LLP
One Logan Square
130 North 18th Street, Suite 3000
Philadelphia, PA 19103

EisnerAmper LLP
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

FedEx
c/o CT Corporation
600 North 2nd Street, Suite 401
Harrisburg, PA 17101

Ferra Designs Inc.
63 Flushing Avenue
Building 10
Brooklyn, NY 11205

Forward Space
650 North Wood Dale Road
Wood Dale, IL 60191

FSB USA
24 New Park Drive
Kensington, CT 06037

G&C Equipment Corporation
Attn: Brendalee Banner
10 G Street NE, Suite 617
Washington, DC 20002

Garden State Hardware
12 Grove Street
Plainfield, NJ 07060

General Glass International
101 Venture Way
Secaucus, NJ 07094

Globe Tax Services Inc.
1 New York Plaza
34th Floor
New York, NJ 10004

GoldmanSachs
700 Oakmont Lane
Westmont, IL 60559

Hafele America Co.
3901 Cheyene Drive
High Point, NC 27263

Hafele America Co.
PO Box 890779
Red Creek, WV 26289

HC HoodCo & Total Door Service
c/o Sandra Hood, President
649 E Rolling Ridge Dr
Bellefonte, PA 16823

Holicong Locksmiths & Central Security
1968 Holicong Rd.
New Hope, PA 18938

Holicong Locksmiths & Central Security
PO Box 128
Holicong, PA 18928

InsideSource
985 Industrial Road
Suite 101
San Carlos, CA 94070

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

J.E. Dunn Construction Company
2000 S Colorado Blvd.
Suite 1200
Denver, CO 80222

Jack Rosenberg
Rosenberg & Parker
593 E. Swedesford Road, Suite 350
Wayne, PA 19087

James E. Fitzgerald, Inc.
48 West 38th Street
9th Floor
New York, NY 10018

Jeffrey Marks

Jeffrey Smilek

JLL
Americas HQ, 200 East Randolph Drive
Floor 43-48
Chicago, IL 60601

John Wesley Scott
Ballard Spahr
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Jonathan Bondy
Chieasa Shahinan & Giantomasi PC
One Boland Drive
West Orange, NJ 07052

Joseph Hettler

Kensington Glass Arts, Inc.
2194 Urbana Pike
Ijamsville, MD 21754

Krando Metal Products, Inc.
505 Parkway Drive
Broomall, PA 19008

Landau, Hess, Simon and Choi
190 N. Independence Mall West
Suite 602
Philadelphia, PA 19106

Leck Waste Services
237 Jacksonville Rd.
Warminster, PA 18974

Long Term Electric
709 Schwab Road
Hatfield, PA 19440

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204

Matthew Andersen

Matthew Knaub

McCrory Glass, Inc.
1400 Grandview Avenue
Paulsboro, NJ 08066

McMaster-Carr
600 County Line Road
Elmhurst, IL 60126

McMaster-Carr
PO Box 7690
Chicago, IL 60860

Midwest Servicing 4, LLC
3144 S. Winton Road
Rochester, NY 14623

MV Glass LLC
48 Bonfire Court
Westminster, MD 21157

Nappen & Associates
171 Corporate Drive
Montgomeryville, PA 18936

Nappen & Associates t/a 309 Development Compa
171 Corporate Drive
Montgomeryville, PA 18936

Nassim Hadjoudj

New Grange Construction
360 Lexington Avenue
New York, NY 10017

New Jersey Division of Taxation, Compliance a
3 John Fitch Way, 5th Floor
P.O. Box 245
Trenton, NJ 08695

New York Window Film Company
87 Gazza Blvd.
Farmingdale, NY 11735

Nicole D'Ottavio

North Carolina Department of Revenue
Office Services Division, Bankruptcy Div
P.O. Box 1168
Raleigh, NC 27602

Novo Construction
1460 O'Brienf Drive
Menlo Park, CA 94025

NYC Department of Finance
66 John Street
Room 104
New York, NY 10038

NYS Dept. of Taxation and Finance
Bankruptcy/Special Procedures Section
PO Box 5300
Albany, NY 12205

Office Environments

Office Scapes
900 E 51st Ave.
Denver, CO 80238

OfficeScapes
9900 E 51st Avenue
Denver, CO 80238

Old France Finishing Inc.
192 East Industry Ct.
Deer Park, NY 11729

OldCastle Building Envelope
1500 Glen Avenue
Moorestown, NJ 08057

Passco Warminster Business Center S, LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Paul Keller Ort
Ballard Spahr
1735 Market Street, 51st Floor
Philadelphia, PA 19103

pba USA Inc.
68 34th St.
Suite C405 (Unit 20)
Brooklyn, NY 11232

PECO
P.O. Box 37629
Philadelphia, PA 19101

Peco Energy Company
PECO Customer Solution Center
2301 Market Street
Philadelphia, PA 19103

Pennsylvania Department of Revenue
Department 280946
Harrisburg, PA 17128

Pension Plan Consultants LLC
653 Skippack Pike
Suite 210
Plymouth Meeting, PA 19462

Pitney Bowes Global Financial Services
PO Box 371867
Sagamore, PA 16250

Pitney Bowes Global Financial Services LLC
PO Box 981022
Boston, MA 02298

Prime Installations Inc.
578 Midwood Drive
Brick, NJ 08724

Professional Building Services
3936 Miller Road
Newtown Square, PA 19073

Progressive Glass, Inc.
9027 Congress Place
Hyattsville, MD 20785

Reilly Glazing, Inc.
200 E Washington Street
Norristown, PA 19401

Reliable Installation Services
8678 Indian Springs Road
Frederick, MD 21702

Reliable Installation Services
PO Box 386
Myersville, MD 21773

Reliance Standard Life Insurance Company
PO Box 3124
Southeastern, PA 19396

Rockefeller Brothers Fund
475 Riverside Drive
Suite 900
New York, NY 10115

Santander Bank, N.A.
Attn: Business Customer Contact Center
Santander Way RI 1 EPV 02 23
Riverside, RI 02915

Santander Bank, N.A.
450 Penn Street
Reading, PA 19602

Scott Baxter

SEKO Worldwide
SEKO Logistics Global HQ
1100 Arlington Heights Rd., Suite 600
Itasca, IL 60143

Servcorp US Holdings, Inc.
c/o Cogency Global Inc., 122 East 42nd S
18th Floor
New York, NY 10168

Skanska USA Building Inc.
Empire State Building, 350 Fifth Avenue
32nd Floor
New York, NY 10118

Structure Tone
1500 Walnut Street
Suite 1410
Philadelphia, PA 19102

Stuart Dean
43-50 10th Street
Long Island City, NY 11101

Tallgrass Business Resources
309 Locust Street
Des Moines, IA 50309

Tishman Interiors Corp.
100 Park Avenue
New York, NY 10017

Travelers Insurance
Travelers CL Remittance Center
PO Box 860817
Dallas, TX 75228

Turner Construction
11413 Isaac Newton Square South
Reston, VA 20190

Twin Rivers Community Trust
92 Twin Rivers Dr.
Newark, NJ 07101

Uline
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680

Verizon Wireless
Verizon Wireless Correspondence Team
PO Box 408
Newark, NJ 07101

W.B. Mason Company, Inc.
Headquarters
59 Centre Street
Brockton, MA 02303

Warminster Business Center TIC 1 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 10 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 11 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 12 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 13 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 14 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 15 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 16 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 17 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 18 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 19 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 2 LLC
2050 Main Street
Irvine, CA 92614

Warminster Business Center TIC 20 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 21 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 22 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 23 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 24 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 25 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 26 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 27 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 28 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 29 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 3 LLC
2050 Main Street
Irvine, CA 92614

Warminster Business Center TIC 30 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 31 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 4 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 5 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 6 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 7 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 8 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Warminster Business Center TIC 9 LLC
2050 Main Street
Suite 650
Irvine, CA 92614

Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228